UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JENKIN,<br><br>        Plaintiff,<br><br>    v.<br><br>ALL BUSINESS CLASS, LLC,<br><br>        Defendant. | Case No. 20-cv-05604-SI<br><br>**ORDER TO SHOW CAUSE** |

On November 5, 2020, plaintiff Aaron Jenkin, represented by counsel, filed an Unopposed *Ex Parte* Application to Continue Case Management Conference and Extend Time to File Joint Rule 26(F) Report and stated "[c]ounsel for the parties have been investigating the case with their clients to confirm information and engage in settlement negotiations," "[t]he parties agree to continue the Case Management Conference until such discoveries have been made and all facts are sorted," "[t]he parties have discussed this continuance and Defendant does not object to the continuance," and "[t]he parties agree to continue the Case Management Conference from November 13, 2020 to December 4, 2020 at 2:30 P.M. and extend the deadline to file the Joint Rule 26(f) Report to November 27, 2020." Dkt. No. 9. Plaintiff's counsel, Jonah A. Grossbardt, filed a declaration in support of the *ex parte* application and said "[t]he parties have engaged in settlement discussions" and "I discussed this continuance with opposing counsel and opposing counsel said that they do not oppose the continuance." Dkt. No. 9-1. The Court granted plaintiff's *Ex Parte* Application to Continue Case Management Conference and Extend Time to File Joint Rule 26(F) Report. Dkt. No. 10.

However, on November 10, 2020, plaintiff filed an *Ex Parte* Application for Alternative Service of Process and Additional Time to Serve the Summons and Complaint. Dkt. No. 12.

Plaintiff requested leave to serve defendant All Business Class, LLC by service upon the California Secretary of State and an additional thirty days to serve All Business Class. Dkt. No. 12-1. Plaintiff claims that All Business class is "evading service and Jenkin has no way to contact All Business [Class] regarding [plaintiff's] application." *Id.*

The Court finds these statements inconsistent.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE, in writing, to be filed no later than November 19, 2020, why there are inconsistencies in plaintiff's filings regarding plaintiff's contact with defendant and why plaintiff is now unable to contact defendant.**

**IT IS SO ORDERED**.

Dated: November 12, 2020

SUSAN ILLSTON
United States District Judge

2