UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JENKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL BUSINESS CLASS, LLC,<br><br>    Defendant. | Case No. 20-cv-05604-SI<br><br>**ORDER DENYING PLAINTIFF'S SECOND *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO FILE JOINT RULE 26(F) REPORT**<br><br>Re: Dkt. No. 15 |

Plaintiff Aaron Jenkin, represented by counsel, filed this *ex parte* Application to Continue Case Management Conference and Extend Time to file Joint Rule 26(f) Report. Plaintiff filed the present *ex parte* application after plaintiff's counsel failed to appear for an Initial Case Management Conference set for December 4, 2020 at 2:30 p.m. Plaintiff's *ex parte* application was filed on December 4, 2020 at 5:12 p.m.

**IT IS HEREBY ORDERED THAT PLAINTIFF'S** *Ex Parte* Application to Continue Case Management Conference and Extend Time to File Joint Rule 26(f) report is **DENIED**.

**Plaintiff's counsel is ORDERED TO ATTEND a teleconference on December 10, 2020 at 10:30 a.m.**

**IT IS SO ORDERED**.

Dated: December 7, 2020

_____
SUSAN ILLSTON
United States District Judge