UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JENKIN,<br><br>        Plaintiff,<br><br>   v.<br><br>ALL BUSINESS CLASS, LLC,<br><br>        Defendant. | Case No. 20-cv-05604-SI<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR ALTERNATE SERVICE OF PROCESS AND ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT**<br><br>Re: Dkt. No. 12 |

Plaintiff Aaron Jenkin, represented by counsel, filed this *Ex Parte* Application for Alternate Service of Process and Additional Time to Serve Summons and Complaint. On December 10, 2020, Plaintiff notified the Court that defendant All Business Class, LLC contacted plaintiff's counsel and is discussion resolution of the case.

**IT IS HEREBY ORDERED** that plaintiff's *Ex Parte* Application for Alternate Service of Process and Additional Time to Serve Summons and Complaint is **DENIED**.

A Case Management Conference is scheduled for January 8, 2021. The parties will submit a joint case management statement by January 4, 2021. Plaintiff is ordered to serve a copy of this order on defendant.

**IT IS SO ORDERED**.

Dated: December 10, 2020

_____
SUSAN ILLSTON
United States District Judge